1100

No. 81–747. PATTERSON ET AL. *v.* YOUNGSTOWN SHEET & TUBE CO. ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 81–767. GAGE *v.* WEXLER ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 81–862. ROBERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 81–866. ALVAREZ-ROMERO *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. ▮

No. 81–5060. JOHNSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. ▮

No. 81–5215. ZAEHRINGER *v.* BREWER, WARDEN. C. A. 8th Cir. Certiorari denied. ▮

No. 81–5243. COTNER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–5305. BLANCETT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 81–5317. AUSTIN *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 81–5333. RAYSOR *v.* GABBEY ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 81–5517. FOSTER *v.* HARRISON, WARDEN, FORT PILLOW STATE FARM. C. A. 6th Cir. Certiorari denied. ▮

No. 81–5547. SMITH *v.* ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.